Ron Kerl, Esq. ISB #1768
**COOPER & LARSEN**, **CHARTERED**
151 North Third Avenue, Suite 210
P.O. Box 4229
Pocatello, ID 83205-4229
Telephone:    (208) 235-1145
Facsimile:    (208) 235-1182
Email: ron@cooper-larsen.com

*Attorneys for Rabo AgriFinance, Inc.*

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| FARMERS GRAIN, LLC, | ) | CASE NO. 17-00450-TLM |
| | ) | |
| Debtor. | ) | **CHAPTER 11** |
| | ) | |
| FARMERS GRAIN, LLC, Debtor in Possession, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Adversary Case No. 17-06019-TLM |
| v. | ) | |
| | ) | |
| RABO AGRIFINANCE, LLC, a Delaware limited liability company f/k/a as Rabo AgriFinance, Inc., | ) | |
| | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE AS LOCAL COUNSEL**

TO:    THE CLERK OF THE ABOVE ENTITLED COURT, TO THE
       DEBTOR AND MATTHEW T. CHRISTENSEN, ATTORNEY OF RECORD.

COMES NOW Ron Kerl, Esq. of the law firm of Cooper & Larsen, Chtd., P.O. Box 4229,

Pocatello, ID 83205-4229, (208) 235-1145, and hereby gives notice of the entry of his appearance as Local Counsel, in association with Michael R. Johnson Esq. of the law firm of Ray Quinney & Nebeker P.C., for and on behalf of Rabo AgriFinance, Inc., for all purposes and in any further proceedings herein.

REQUEST IS HEREBY MADE that copies of any and all notices, pleadings, papers or other documents affecting said proceedings in any manner whatsoever be served upon said attorney.//end of text//

DATED this 17th day of July, 2017.

**COOPER & LARSEN, CHTD**.
*Attorneys for Rabo AgriFinance, Inc.*


By  /s/ Ron Kerl
       Ron Kerl

CERTIFICATE OF SERVICE

I HEREBY CERTIFY on the 17th day of July, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

>Matthew Todd Christensen
>mtc@angstman.com

AND, I HEREBY CERTIFY that I have mailed by United States Postal Service the foregoing document(s) to the following non-CM/ECF Registered Participant(s). (List names and mailing addresses):

>Farmers Grain, LLC
>PO Box 1567
>Nyssa, OR 97913

By: /s/ Ron Kerl
    Ron Kerl